IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

        Plaintiff,                        No. CIV S-05-2480 DFL PAN P

    vs.

L.G. CRANE, et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed April 19, 2006, plaintiff was ordered to pay the appropriate filing fee within twenty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty day period has now expired, and plaintiff has not paid the appropriate filing fee.[1] Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

---

[1] Plaintiff filed a document entitled "statement" on May 11, 2006, to which he appended a putative complaint. However, plaintiff's putative complaint was previously reviewed by the court and it was found that plaintiff had "not alleged facts that suggest he is under imminent danger of serious physical injury." (April 19, 2006 Order at 2.)

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: July 24, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; camp2480.fifp